UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Broadcast Music, Inc., Universal-Songs of Polygram International, Inc., Sony/ATV Songs LLC, and Lost Boys Music,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Audie Steven Pardon,<br><br>　　　　Defendant. | Case No.  1:14-cv-01394 JAM SAB<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in favor of Plaintiffs Broadcast Music, Inc., Universal-Songs of Polygram International, Inc., Sony/ATV Songs LLC, and Lost Boys Music against Defendant Audie Steven Pardon:

AWARDING the plaintiffs $20,000.00 in statutory damages, $2,140.00 in attorneys' fees, and $575.00 in costs

Date: April 22, 2015

MARIANNE MATHERLY, CLERK

By: /s/  G. Michel
Deputy Clerk